# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148432

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWN LARALE BRYANT,
      Defendant-Appellant.

SC: 148432
COA: 306602
Oakland CC: 2010-234524-FH

_____/

     On order of the Court, the application for leave to appeal the December 19, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

d0224